Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

Houston Division

United States Courts
Southern District of Texas
FILED

NOV 2 1 2024

Nathan Ochsner, Clerk of Court

|  |  |
|---|---|
| Whitney Anthony Lindie<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br><br><br>Cognizant Technology Solutions<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br><br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Whitney Anthony Lindie |
| Street Address | 563 W Bay Area Blvd |
| City and County | Webster, Harris |
| State and Zip Code | TX,77598 |
| Telephone Number | 8324520530 |
| E-mail Address | anthony_lindie@hotmail.com |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name                         Cognizant Technology Solutions

Job or Title *(if known)*

Street Address               211 Quality Circle,

City and County              College Station, Brazos County

State and Zip Code           Texas 77845

Telephone Number             (781) 929-2132

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Cognizant Technology Solutions |
| Street Address | 211 Quality Circle, |
| City and County | College Station, Brazos County |
| State and Zip Code | Texas 77845 |
| Telephone Number | (781) 929-2132 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III.     Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☒ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

     *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)

03/15/2023-11/13/2023

C.     I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race          Black
- ☐ color
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____     *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E.     The facts of my case are as follows. Attach additional pages if needed.

1.    I am an African American

2.    The ONXT department heads failed to promote me even though I was up for promotion and recommended for promotion by my then Manager Mr. Saurabh.

3.    On more than one occasion they had requested that my previous manager Mr. Saurabh downgrade my performance score.

4.    This occurred on more than one occasion.

5.    My predominantly "White" colleagues were being given promotions even though they did not possess the skills or knowledge that I did and in some cases were less tenured than I.

6.    In 2021, I filed an EEOC case against the company

7.    After filing this claim, I have been subjected to a variety of adverse actions.

8.    I continued being denied promotions, given overwhelming workloads and demanding deadlines, unfavorable job assignment, continued, harassment, negative performance reviews, unwarranted attack on my job performance and continued discrimination.

9.    On October 23rd, 2023, I sent my discrimination and harassment complaint to the head of HR Ms. Noreen Kamka

10.    On November 9th, 2023, I received an intimidating email from an HR representative.

11.    On November 13th, 2023, I received an email stating this was my last working day.

12.    I was terminated from my job. This happened within three weeks after I submitted the complaint to Ms. Kamka.

13.    Cognizant did not address my complaints.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

10-10-2023

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*    09/06/2024    .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensatory damages
The plaintiff was out of a job for 5-6 months and still has not been able to acquire a full-time job where he will be able to receive benefits. Also, during this year the plaintiff had to undergo eye surgery and due to the loss of his job he was still unable to clear all these medical bills. The plaintiff also seeks compensation for the emotional distress he has been through and continues to face due to the actions of the defendant. Though money would not be able to alleviate the damage that has been done it can help the plaintiff as he seeks to get his life back on track. The amount the plaintiff seeks is $300,000 in compensatory damages.

Punitive damages
Due to the offenses and wrongdoing against the plaintiff. The behavior of the defendant was negligent and intentional. The plaintiff seeks $300,000 in punitive damages.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        11/21/2024

Signature of Plaintiff

Printed Name of Plaintiff    WHITNEY ANTHONY LINDIE

### B.        For Attorneys

Date of signing:

Signature of Attorney

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Printed Name of Attorney                          _____

Bar Number                                       _____

Name of Law Firm                       _____

Street Address                           _____

State and Zip Code                     _____

Telephone Number                    _____

E-mail Address                        _____

## Claim 1

### Discrimination

I allege and incorporate by reference paragraphs 1 through 13. Title VII of the Civil Rights Act prevents discrimination based on race, color, religion, sex and national origin. The actions of my superiors were well known to the company and should have been reasonably known based on the complaints of discrimination that I had made both past and present against my superiors. Nonetheless the company failed to act and terminated my employment.

Claim 2

Retaliation

I allege that by reference to paragraphs 1 through 13 that I had faced adverse actions for engaging in a protected activity. I was given unbearable and demanding workloads, denied promotions, had my performance scores downgraded to ensure that I would not qualify for promotions by upper management on several occasions and I was terminated from my job. Federal law Title VII of the Civil Rights Act of 1964, prohibits retaliation and ensures protection to individuals who have engaged in a protected activity from being retaliated against. The company's HR department not only ignored my discrimination complaints, but they also violated my rights to seek legal counsel.

Claim 3

Wrongful Termination

I allege that I was wrongfully terminated Section 15(a)(3) of the FLSA states that it is a violation for any person to "discharge or in any other manner discriminate against any employee because such employee has filed any complaint or instituted or caused to be instituted any proceeding under or related to this Act, or has testified or is about to testify in any such proceeding, or has served or is about to serve on an industry committee." I was terminated because I made a complaint about being discriminated against, harassed and stating that my superiors were taking adverse action against me at my workplace for both past and present complaints that I had made.